UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



FILED
AUG - 2 2005
CLERK'S OFFICE
DETROIT

ANTHONY KINNARD,

    Plaintiff,

vs.                                                Case No. 04-70542

LARRY NUNNERY, et al.,                HON. AVERN COHN

    Defendants.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING PLAINTIFF'S MOTION TO COMPARE AUTHENTICATION OF PLAINTIFF'S SECOND SUPPLEMENTAL COMPLAINT, MOTION FOR MISCELLANEOUS INJUNCTIVE RELIEF, AND MOTION TO SUPPLEMENT THE COMPLAINT

This is a prisoner civil rights case under 42 U.S.C. § 1983. The matter was referred to a magistrate judge for all pretrial proceedings and before whom plaintiff filed a motion styled "Motion to Compare Authentication of Plaintiff's Second Supplemental Complaint, Motion for Miscellaneous Injunctive Relief, and Motion to Supplement the Complaint. The magistrate judge issued a Report and Recommendation (MJRR) recommending that the motion be denied. Plaintiff has not filed any objections to the MJRR. The Court has reviewed the MJRR and agrees with the magistrate judge that the motion should be denied.

Accordingly, for the reasons stated in the MJRR of July 14, 2005 plaintiff's motion (Docket No. 26) is DENIED.

    SO ORDERED.

                                              s/Avern Cohn
                                              AVERN COHN
                                              UNITED STATES DISTRICT JUDGE

Dated: 8/2/05
    Detroit, Michigan